Michael S. Agruss (SBN: 259567)
AGRUSS LAW FIRM, LLC
4619 N. Ravenswood Ave., Suite 303A
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
ZOILA R. HERRERA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **ZOILA R. HERRERA,** individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**CREDIT CONTROL, LLC,**<br><br>Defendant. | Case No. 5:15-cv-1520 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff, ZOILA R. HERRERA, on behalf of herself and all others similarly situated, and Defendant, CREDIT CONTROL, LLC, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the following:

1. The parties stipulate to dismiss plaintiff's class action allegations WITHOUT PREJUDICE. The court has not certified the proposed class and no notice has been given to any

1

putative class member of this lawsuit. The parties have settled their differences in a private settlement agreement which is not binding on any class member other than the plaintiff. As such, there is no need for notice to the putative class members pursuant to Fed. R. Civ. P. 23(e).

2. The parties stipulate to dismiss plaintiff's individual claims against defendant WITH PREJUDICE with both sides to bear their own fees and costs. This stipulation dismisses the action in its entirety.

DATED: January 12, 2016

RESPECTFULLY SUBMITTED,

By: /s/Michael S. Agruss
    Michael S. Agruss
    AGRUSS LAW FIRM, LLC
    4619 N Ravenswood Ave
    Chicago, IL 60640
    Tel: 312-224-4695
    Fax: 312-253-4451
    michael@agrusslawfirm.com
    Attorney for Plaintiff

RESPECTFULLY SUBMITTED,

By: /s/ Stephen Albert Watkins
    Stephen Albert Watkins
    Carlson & Messer, LLP
    5959 W. Century Blvd. Suite 1214
    Los Angeles, CA 90045
    310-242-2200
    Fax: 310-242-2222
    Email: Watkinss@cmtlaw.com
    Attorney for Defendant

RESPECTFULLY SUBMITTED,

By: /s/David J. Kaminski
    David J. Kaminski
    Carlson & Messer, LLP
    5959 W. Century Blvd. Suite 1214
    Los Angeles, CA 90045
    310-242-2200
    Fax: 310-242-2222
    Email: Kaminskd@cmtlaw.com
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

  On January 13, 2016, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

        By: /s/Michael S. Agruss
          Michael S. Agruss